67545. DAVIS v. AETNA CASUALTY & SURETY COMPANY.
(325 SE2d 926)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed in part and affirmed in part by the Supreme Court, *Aetna Cas. &c. Co. v. Davis*, 253 Ga. 376 (320 SE2d 368) (1984), our decision in *Davis v. Aetna Cas. &c. Co.*, 169 Ga. App. 825 (314 SE2d 913) (1984), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment of the trial court affirmed. McMurray, C. J., and Sognier, J., concur.*

DECIDED DECEMBER 5, 1984.

*C. Lawrence Jewett, Jr.*, for appellant.
*Gregory T. Presmanes*, for appellee.